BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7168; jeffrey.shih@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:17-70143 |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND EXTENDING TIME UNDER RULE 5.1 |
| v. | |
| ANTOINE FOWLER, | |
| Defendant. | |

This matter is current set for a preliminary hearing / arraignment on February 24, 2017. The parties, with the consent of the defendant, hereby stipulate as follows:

1. The defendant is currently out of custody.
2. The United States has provided the defendant with initial discovery materials, and the defense requires additional time to review the discovery, to confer with the defendant and the United States, and to prepare effectively.
3. There is good cause to exclude time under the Speedy Trial Act as the ends of justice from such an exclusion outweigh the best interest of the public and the defendant in a speedy trial. Specifically, such an exclusion provides defense counsel reasonable time for effective preparation, taking into account due diligence. 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME      1

4. Additionally, there is good cause to extend the time for a preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure, taking into account the public interest in the prompt disposition of criminal cases. Specifically, such an extension provides defense counsel reasonable time for effective preparation, taking into account due diligence. Defense counsel also believes that such an extension is in the defendant's best interest. Fed. R. Crim. P. 5.1(d).

5. Based on the foregoing, the parties jointly and respectfully request that the Court issue the proposed order continuing the preliminary hearing and excluding time under the Speedy Trial Act and extending time under Rule 5.1 of the Federal Rules of Criminal Procedure.

IT IS SO STIPULATED.

DATED: February 16, 2017

/s/ Kenneth Wine
KENNETH HOWARD WINE
Counsel for Defendant


BRIAN J. STRETCH
United States Attorney

DATED: February 16, 2017

/s/ Jeffrey Shih
JEFFREY SHIH
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME                                            2

# [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME

Based on the stipulation of the parties, the consent of the defendant, and on good cause shown, the Court orders the following:

(a) The preliminary hearing in this case is hereby set before the duty Magistrate Judge on March 23, 2017, at 9:30 a.m.

(b) The time period from the date of this Order, through and including the date set in Paragraph (a) above for the preliminary hearing, is excluded from the time period under the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure. The Court bases this exclusion of time and makes the findings as stipulated by the parties above in Stipulations Three and Four.

IT IS SO ORDERED.

Dated: February 16, 2017

_____
HON. LAUREL BEELER
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME                                      3