BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7168; jeffrey.shih@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>ANTOINE FOWLER,<br><br>    Defendant. | CASE NO. 3:17-70143<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REMOVING SURETY FROM BOND |

On February 7, 2017, the parties appeared and agreed to the defendant's conditions of release, which included the defendant's sister Victoria Johnson signing as a surety on the defendant's appearance bond. The parties hereby stipulate as follows:

    1. The defendant's sister has requested that she be removed as a surety on the bond.

    2. The defendant's mother will continue to be a surety on the bond and the custodian.

Therefore, the parties respectfully request through this stipulation that the Court modify the defendant's appearance bond in order to remove the defendant's sister as a surety. IT IS SO STIPULATED.

DATED: February 16, 2017          /s/ Kenneth Wine
                                       KENNETH WINE
                                       Counsel for Defendant

                                       BRIAN J. STRETCH
                                       United States Attorney
DATED: February 16, 2017          /s/ Jeffrey Shih
                                       JEFFREY SHIH
                                       Assistant United States Attorney

1  [~~PROPOSED~~] ORDER REMOVING SURETY FROM APPEARANCE BOND

2  Based on the stipulation of the parties and on good cause shown, the Court orders that the
3  defendant's sister Victoria Johnson is hereby removed as a surety on the defendant's appearance bond.

5  IT IS SO ORDERED.

7  Dated: February 16, 2017

HON. LAUREL BEELER
United States Magistrate Judge